James H. Hooper, appellant, v. Victor X-Ray Corporation and A. D. Gash, appellees. Gen. No. 34,606.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931.

James H. Hooper, pro se. Edwin Hamilton, for appellee A. D. Gash. Essington & McKibbin, for appellee Victor X-Ray Corporation.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Bama Whitaker, administratrix of the estate of Man Bradford, deceased, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 34,624.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931.

Hoyne, O'Connor & Rubinkam, for appellant. Brown, Brown & Cyrus, for appellee; Sydney P. Brown, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Albert Burchard, appellee, v. John W. Esch, appellant. Gen. No. 34,654.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931. Rehearing denied February 9, 1931.

Edward H. Kubitz and W. W. O'Brien, for appellant. Edwin D. Lawlor, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Monroe H. Loeb, plaintiff in error. Gen. No. 34,527.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931.

Henry H. Gibbs, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.